## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00315-JLK-MEH

BONNIE SCHRINER,

        Plaintiff,

v.

JOHNSON & JOHNSON,
ORTHO-MCNEIL PHARMACEUTICAL, INC., AND
JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND
DEVELOPMENT, LLC,

        Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with

Prejudice (Doc. 33) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully

advised in the premises, DOES HEREBY ORDER that this case is Dismissed

with Prejudice, with each party to pay her or its own attorney fees and costs.


BY THE COURT:


Dated August 13, 2015        *s/John L. Kane*
                              SENIOR U.S. DISTRICT JUDGE